Law Office of Bruce B. Weyhrauch, LLC
Of Attorneys for Plaintiffs
whyrock@gci.net

**FILED**

NOV 2 9 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

DANIEL H. WESTCOTT, JR. AND DAN )
FOLEY, D/B/A ICY PASSAGE FISH )
  )
Plaintiffs, )
  )
vs. )   Case No. J-03-009 CI (JWS)
  )
UNITED STATES DEPARTMENT OF THE )
INTERIOR, NATIONAL PARK SERVICE, )
  )
Defendant. )
_____)

### MOTION TO ALLOW TOM TRAIBUSH TO SIT AT COUNSEL TABLE, MEMORANDUM IN SUPPORT, AND ORDER

There will be a hearing on December 2. One of the plaintiffs, Daniel Westcott, will be unable to attend and asks that Tom Traibush be able to sit at counsel's table in court in Mr. Westcott's stead. An affidavit from Mr. Westcott asking for Mr. Traibush to represent him at the hearing by sitting at counsel table is included with this Motion.

Westcott & Foley v. U.S. Department of Interior, J-03-009 CI (JWS)
Motion to Allow Tom Traibush to Sit at Counsel Table,
Memorandum in Support, and Order

Page 1 of 2

60

DATED this 29th day of November, 2005

**LAW OFFICE OF BRUCE B. WEYHRAUCH, LLC**

By: *Bruce B. Weyhrauch*
Bruce B. Weyhrauch,
of Attorneys for Plaintiff

**FILED**
DEC 0 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

It is so Ordered.

*/s/ John W. Sedwick*
John W. Sedwick,
District Court Judge

Dated this 5th day of ~~November~~/December, 2005

**CERTIFICATE OF MAILING**

The undersigned certifies that on this 29th day of November, 2005, a copy of the foregoing was mailed to:

Ms. Susan Lindquist, Assistant U.S. Attorney
Federal Bldg & US Courthouse
222 West Seventh Ave. #9 Room 253
Anchorage, Alaska 99513-7567

*Bruce B. Weyhrauch*
Bruce B. Weyhrauch

J03-0009--CV (JWS)   12-6-05
B. WEYHRAUCH
S. LINDQUIST (US-ATTY)

Westcott & Foley v. U.S. Department of Interior, J-03-009 CI (JWS)                Page 2 of 2
Motion to Allow Tom Traibush to Sit at Counsel Table,
Memorandum in Support, and Order

## Affidavit of Daniel H. Westcott

I, Daniel H. Westcott of 2319 Humboldt St., Bellingham, WA 98225, do hereby request the Court's permission to allow Tom Traibush to represent me, Dan Westcott, at the court hearing to be held on December 2, 2005 in Anchorage Alaska. I ask that Mr. Traibush be allowed to sit at the table with counsel Bruce Weyhrauch as I will not be able to attend.

Date: 11-21-05                 Signature: [signed]

Subscribed and sworn to before me this 21 day of Nov, 2005

Notary Public
in and for the state of Washington
Commission Expires 12-28-08