FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 16 AM 11: 31

Law Office of Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, AK 99801
Attorneys for Plaintiffs
whyrock@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL H. WESTCOTT, JR. and DAN FOLEY, D/B/A ICY PASSAGE FISH,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE,<br><br>Defendant. | Case No. J-03-009 CI (JWS) |

**STIPULATION REGARDING BRIEFING SCHEDULE, AND
SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD**

The parties have conferred and have agreed to submit this stipulation about the briefing schedule, and two exhibits to add to the Administrative Record ("AR").

The Defendant is having the evidentiary hearings held on November 15 and December 2, 2005 transcribed. When the transcript of these hearings is completed, which is expected to be December 16, 2005, the government will file a copy with the court and serve a copy on the defendants' counsel.

On December 2 at the conclusion of the evidentiary hearing, the plaintiff moved to supplement the administrative record with the enclosed Notice of hearing for Dan Foley and Icy Passage Fish. The defendants did not oppose supplementing the record with this

1

63

document and it shall be labeled AR0000000949 and 950. The court admitted the Notice of Hearing document. The defendants moved to supplement the record with February 18, 2000 letter from Rob Bosworth, Deputy Commissioner of the Alaska Department of Fish and Game, which shall be labeled AR0000000951 and 952. The defendants objected to supplementing the record with this letter as it was not part of the record of decision of the National Park Service, and therefore irrelevant, immaterial, and not germane (in addition to being hearsay). The court admitted the document, and indicated that the plaintiffs could preserve their objections if they wished.

DATED this 15th day of December, 2005

**LAW OFFICE OF BRUCE B. WEYHRAUCH, LLC**

By: _____
Bruce B. Weyhrauch,
Of Attorneys for Plaintiffs

**FILED**
DEC 2 0 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By: _____ Deputy

TIMOTHY M. BURGESS
United States Attorney

By: _____ 12-15-05
SUSAN LINDQUIST
Assistant U.S. Attorney

APPROVED 12-19-05
_____
U.S. District Judge

J03-0009--CV (JWS)     12/20/05
B. WEYHRAUCH
S. LINDQUIST (US-ATTY)                 2