TIMOTHY M. BURGESS
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-3378
Fax: (907)271-2344
Susan.Lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL H. WESCOTT, JR. AND DAN FOLEY, D/B/A ICY PASSAGE FISH<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE,<br><br>Defendant. | Case No. 1:03-cv-9-JWS<br><br>**NON-OPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE SIMULTANEOUS BRIEFS PER THE COURT ORDER AT DOCKET 61** |

The Defendant, National Park Service ("NPS"), through counsel, moves unopposed for an extension of time to file simultaneous briefs per the court order at Docket 61.  Plaintiff's counsel communicated with the government's counsel and both agreed that an extension of three working days until **January 11, 2006** would be welcome.  The extension is needed because the transcript was filed later than anticipated

and the holidays reduced the working days available. Counsel has lodged an order for the court's use.

    RESPECTFULLY SUBMITTED on January 5, 2006.

    TIMOTHY M. BURGESS
United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2006,
a copy of the foregoing Non-Opposed Motion
for Extension of Time was served on

Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, AK 99801

by e-mail at address: whyrock@gci.net

s/ Susan J. Lindquist