IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL H. WESCOTT, JR. AND DAN FOLEY, D/B/A ICY PASSAGE FISH<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE,<br><br>Defendant. | Case No. 1:03-cv-9-JWS<br><br>**[PROPOSED] ORDER**<br><br>**GRANTING NON-OPPOSED MOTION FOR EXTENSION OF TIME TO FILE SIMULTANEOUS BRIEFS** |

The Defendant, through counsel, filed a non-opposed motion for an extension of time to file simultaneous briefs per the court order at docket 61.  The motion is granted, and both parties must file their briefs by **January 11, 2006**.


Date:_____                             _____
                                                John W. Sedwick
                                                United States District Court Judge