IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL H. WESCOTT, JR. AND DAN FOLEY, D/B/A ICY PASSAGE FISH,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE,<br><br>Defendant. | ) Case No. 1:03-cv-9-JWS<br>)<br>) **ORDER**<br>)<br>) **GRANTING NON-OPPOSED**<br>) **MOTION FOR EXTENSION OF**<br>) **TIME TO FILE SIMULTANEOUS**<br>) **BRIEFS**<br>)<br>)<br>)<br>) |

The Defendant, through counsel, filed a non-opposed motion for an extension of time to file simultaneous briefs per the court order at docket 61. The motion is granted, and both parties must file their briefs by **January 11, 2006**.


Date: 1/6/06                                       /s/
                                              John W. Sedwick
                                              United States District Court Judge