## AFFIDAVIT OF JIM CALVIN

Jim Calvin, on oath, does swear and affirm under penalty of perjury that the following statements are true:

1.      I am an economist at the McDowell Group and was the principal author of the Glacier Bay Compensation Plan Economic Assessment (EA), which we prepared for the National Park Service.

2.      The EA does not address the issue of proportionality of compensation nor is it stated in the EA that compensation for impacts associated with Glacier Bay commercial fishing closures and restrictions would be proportional.

3.      The EA did not recommend or anticipate that the amounts in the categories of compensation in the final plan would be completely changed after applications for compensation were received and reviewed.  The EA anticipated that actual losses suffered by groups of affected parties could differ from those calculated in the study, for a number of reasons.  The EA does not address compensation strategies or policy.  It was not within the EA's scope of work to recommend or anticipate compensation issues and the EA makes no recommendations of any kind regarding compensation.

4.      The EA did not make any recommendations regarding calculation of proportional payments of compensation, either based on the distribution of losses predicted in the EA or based on the distribution of losses as reflected in compensation applications received by the Park Service.

DATED this _6th_ day of January, 2006

_____
Jim Calvin

STATE OF ALASKA              )
                             ) ss:
FIRST JUDICIAL DISTRICT      )

STATE OF ALASKA
OFFICIAL SEAL
Jennifer L. Dalin
NOTARY PUBLIC
My Commission Expires 4/01/06.

THIS CERTIFIES that on this _6th_ day of January, 2006, before me, personally appeared Jim Calvin, to me known and known to me to be the person whose name is subscribed to the foregoing instrument, and who acknowledged to me that he executed the same freely and voluntarily for the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate above written.

_____
Notary Public for Alaska
My Commission Expires: 4/1/06

1