DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-3378
Fax: (907)271-2344
Susan.Lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL H. WESTCOTT, JR. AND DAN FOLEY, D/B/A ICY PASSAGE FISH<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE,<br><br>Defendant. | Case No. 1:03-cv-9-JWS<br><br>**NATIONAL PARK SERVICE'S MOTION TO STRIKE TWO AFFIDAVITS** |

The Defendant, National Park Service ("NPS"), through counsel, moves to strike two affidavits submitted by Plaintiffs in support of their argument regarding whether the state concurred in changes NPS made to the Plan.

The NPS responded to the Court's order to show cause why it should not grant the

Plaintiffs' motion based on the NPS's alleged failure to get the state's concurrence about changes in the Plan. Docket 50. As information about that issue was not in the administrative record, the NPS responded by requesting leave to file affidavits or to produce witnesses at an evidentiary hearing. The Court chose to receive testimony at an evidentiary hearing. The Plaintiffs then filed the Affidavit of Frank Rue without leave of Court. Docket 62.

The Court held two evidentiary hearings. Mr. Rue testified at the hearing in Anchorage on December 2, 2005. The parties submitted briefs and the Plaintiffs included the affidavit of Jim Calvin as an exhibit. Docket 70.

The NPS asks this Court to strike both affidavits. They were both filed without leave of Court. Moreover, in a case brought pursuant to the Administrative Procedures Act ("APA") review is limited to the administrative record except in limited, appropriate circumstances. See Docket 50 at 3-5. The Court chose an evidentiary hearing to receive additional factual information, the Plaintiffs presented Mr. Rue and had ample opportunity at two hearings to present Mr. Calvin. See Docket 51. Therefore, the NPS asks the Court to strike the affidavits of Mr. Rue at Docket 62 and the Affidavit of Mr. Calvin at Docket 70 because the Court did not approve of their submission, and the submission of additional factual information is generally not allowed in an APA case.

RESPECTFULLY SUBMITTED on January 26, 2006.

        DEBORAH M. SMITH
        United States Attorney

        s/ Susan J. Lindquist
        Assistant U. S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3378
        Fax: (907) 271-2344
        E-mail: susan.lindquist@usdoj.gov
        AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2006,
a copy of the foregoing National Park
Service's Motion to Strike Two Affidavits
and the proposed order
was served electronically on Bruce B.
Weyhrauch, LLC

s/ Susan J. Lindquist