IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL H. WESTCOTT, JR. AND DAN FOLEY, D/B/A ICY PASSAGE FISH<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE,<br><br>Defendant. | Case No. 1:03-cv-9-JWS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE TWO AFFIDAVITS** |

The government has moved the Court to strike two affidavits submitted by Plaintiffs in support of their response to the Court's order to show cause about whether the National Park Service ("NPS") had received the state's concurrence for changes it had made in the Plan. The Court requested an evidentiary hearing to receive testimony on this issue. Docket 61. Thereafter Plaintiffs filed Mr. Frank Rue's affidavit. Docket 62. Subsequently Mr. Rue testified at an evidentiary hearing on December 2, 2005. As his testimony is available for review by the Court, his affidavit is stricken.

The Plaintiffs submitted the Affidavit of Jim Calvin as an exhibit to their written brief regarding the state's concurrence. Docket 70. The Plaintiffs did not call Mr. Calvin to testify at the evidentiary hearings and the Court did not grant leave to the Parties to file additional evidentiary evidence with their briefs. His affidavit is stricken.

IT IS ORDERED, that the Motion to Strike two affidavits is granted.

DATED this _____ day of January, 2006, in Anchorage, Alaska.

                                                                                      _____

                                                                                      JOHN W. SEDWICK  
                                                                                      UNITED STATES DISTRICT JUDGE