Law Office of Bruce B. Weyhrauch, LLC
Of Attorneys for Plaintiffs
whyrock@gci.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL H. WESTCOTT, JR. AND DAN FOLEY, D/B/A ICY PASSAGE FISH, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, <br><br> Defendant. | Case No. J-03-009 CI (JWS) |

## MOTION FOR RECONSIDERATION AND MEMORANDUM IN SUPPORT

The plaintiffs move for reconsideration of the court's decision on the concurrence of the State of Alaska in revisions to the Glacier Bay Compensation Plan, after the Plan was finalized in September 2001. The court erred in holding that Dick HofMann had the authority to concur in changes to the Park Service's plan. Former Commissioner Rue, he was the person charged with concurring in the Park Service Compensation Plan, not Mr. HofMann, and Commissioner Rue did not delegate that authority to Mr. HofMann. Mr. Dick HofMann did not have authority from the ADF&G Commissioner, the State of Alaska, or within ADF&G to concur on behalf of the State or ADF&G in a Park Service Compensation Plan for Glacier Bay related to commercial fishing impacts, and

Commissioner Rue did not, as the official representative of the State of Alaska charged with the authority to concur in the Compensation Plan generated by the Park Service, delegate that authority to Mr. HofMann. See accompanying affidavit.

Second, each category of affected group or fishery identified in the Compensation Plan suffered a different loss as identified in the plan and as determined by the McDowell Group in the Economic Assessment. Thus, each category should have been compensated for their separate economic loss, by fishery, and for future economic loss as identified by the Compensation Plan and the EA. By compensating each fishery on a dollar for dollar bases, the court has erred in not adhering to the Final Plan and the EA, not compensating for future economic loss, and changing the Final Compensation Plan that the State through Commissioner Rue concurred in on behalf of the state.

For these reasons, the court is requested to reconsider its decision.

DATED this 13th day of March, 2006

**LAW OFFICE OF BRUCE B. WEYHRAUCH, LLC**

By:    /s/ Bruce B. Weyhrauch

Bruce B. Weyhrauch, of Attorneys for Plaintiffs

**CERTIFICATE OF FILING AND SERVICE**

The undersigned certifies that on March 13, 2006, a copy of the foregoing and Affidavit of Frank Rue were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.
Ms. Susan Lindquist, Assistant U.S. Attorney
Federal Bldg & US Courthouse
222 West Seventh Ave. #9 Room 253
Anchorage, Alaska 99513-7567
susan.lindquist@usdoj.gov
                    s/ Bruce B. Weyhrauch