IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL H. WESTCOTT, JR. AND DAN FOLEY, D/B/A ICY PASSAGE FISH </br></br>Plaintiffs,</br></br>vs.</br></br>UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE,</br></br>Defendant. | )</br>)</br>)</br>)</br>)</br>)</br>) Case No. J-03-009 CI (JWS)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

### AFFIDAVIT OF FRANK RUE

Frank Rue, on oath, does swear and affirm under penalty of perjury that the following statements are true:

1.   Mr. Dick HofMann did not have authority from me, the State of Alaska, or within ADF&G to concur on behalf of the State of Alaska or ADF&G in a Park Service Compensation Plan for Glacier Bay related to commercial fishing impacts, and I did not, as the official representative of the State of Alaska charged with the authority to concur in the Compensation Plan generated by the Park Service, delegate that authority to Mr. HofMann.

DATED this 13th day of March, 2006

_Frank Rue_
Frank Rue

STATE OF ALASKA          )
                         ) ss:

FIRST JUDICIAL DISTRICT    )

  THIS CERTIFIES that on this __13__ day of March, 2006, before me, a Notary Public in and for the State of Alaska, personally appeared Frank Rue, to me known and known to me to be the person whose name is subscribed to the foregoing instrument, and who acknowledged to me that he executed the same freely and voluntarily for the uses and purposes therein mentioned.

WITNESS my hand and official seal the day and year in this certificate above written.

    _Jennifer L. Dalin_
    Notary Public for Alaska
    My Commission Expires: 4/1/06