MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Westcott v. National Park Service*

| | |
|---|---|
| THE HONORABLE JOHN W. SEDWICK | CASE NO. 1:03-cv-00009 JWS |
| PROCEEDINGS:   **ORDER FROM CHAMBERS** | March 23, 2006 |

At docket 76, plaintiffs move the court to reconsider its order at docket 74 and advance two arguments in support of their motion.  The first argument is that "[t]he court erred in holding that Dick HofMann had the authority to concur in changes to the Park Service's plan."  Doc. 76, p. 1.  The second reason is that "[b]y compensating each fishery on a dollar for dollar [basis], the court has erred in not adhering to the Final Plan and the EA, not compensating for future economic loss, and changing the Final Compensation Plan that the State [of Alaska] through Commissioner [Francis J.] Rue concurred in."  *Id.*, p. 2.

Neither argument is persuasive.  The first argument fails because it is based on a misreading of the court's holding.  The court did not hold that HofMann had the authority to concur in changes to the Park Service's plan.  Rather, it held that HofMann had the authority to determine whether the plan had changed and whether any change required another concurrence by Rue.  Doc. 74, p. 6.  Plaintiffs have not addressed that holding, much less shown why it was wrong.  As for their second argument, it does not present a ground for reconsideration because it is a retread of an argument previously considered and rejected by the court.

For the reasons set out above, the motion at docket 76 is **DENIED**.

------------------------