DEBORAH M. SMITH
Acting United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL H. WESTCOTT, JR. and DAN FOLEY, | Case No. 1:03-cv-0009-JWS |
| Plaintiff, | **NOTICE OF COST BILL HEARING** |
| v. | |
| NATIONAL PARK SERVICE, DEPT OF INTERIOR, | |
| Defendant. | |

The United States, through counsel, has submitted its bill of costs with this Notice.  A cost bill hearing will be held before Clerk Ida Romack, on March 29, 2006, at 8:30 a.m. at the clerk's office in the Federal Courthouse at Juneau, Alaska.

The Plaintiff may appear in person, or telephonically by calling the Clerk's Office at (907) 586-7458, to object to any costs requested. The Plaintiff may also object in writing before the hearing.

Respectfully submitted this 24th day of March, 2006.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Susan J. Lindquist
>Assistant U. S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3378
>Fax: (907) 271-2344
>E-mail: susan.lindquist@usdoj.gov
>AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2006, a copy of the foregoing Notice of Cost Bill Hearing and Bill of Costs with attachment were served electronically on Bruce B. Weyhrauch.

s/ Susan J. Lindquist