

**RECEIVED**
MAR 3 0 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>DANIEL H. WESTCOTT JR., et al.</u> v. <u>NATIONAL PARK SERVICE, et al.</u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK   LEGIA F. PATE             CASE NO.   1:03-cv-00009-JWS

PROCEEDINGS: **CLERK'S NOTICE**                DATE: March 30, 2006

     A cost bill hearing was scheduled and noticed for March 29, 2006. Both counsel called in and were advised that the Clerk did not have a copy of the Bill of Costs nor access to the U.S. District Court's database. Government counsel faxed a copy of the Bill of Costs to the Clerk's Office and said she would ask plaintiff's counsel to call the Clerk's office as to whether he had any objections. Defense counsel called and indicated he had no objection to the Bill of Costs amount of $261.47.

     Therefore, total costs taxed in favor of defendant and against Plaintiff Daniel H. Westcott Jr. are $261.47.

     Appeal of this allowance of costs can be made to the presiding judicial officer.

                                    \* \* \*

cc: B. Weyhrauch
    S. Lindquist

[costbill.frm]{CLERKNOT.WPD\*Rev.12/97}