

| | USCA DOCKET # (IF KNOWN) |
|---|---|

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | DISTRICT: Alaska | JUDGE: Sedwick |
|---|---|---|

**TITLE IN FULL:**
Daniel H. Westcott, Jr. and
Dan Foley, dba
Icy Passage Fish, Plaintiffs
vs.
Department of the Interior,
National Park Service,
Defendant

DISTRICT: Alaska    JUDGE: Sedwick

DISTRICT COURT NUMBER: J-03-009 CI (JWS

DATE NOTICE OF APPEAL FILED: May 5, 2006    IS THIS A CROSS-APPEAL? ☐ YES

IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY):

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**
Challenge to changes made by the National Park Service to the September, 2001 Glacier Bay Compensation Plan.  District Court ruled against plaintiffs.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**
Whether the National Park Service improperly changed and amended the Glacier Bay Commercial Fishing Compensation Plan after it was finalized in September, 2001.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):**
None known.

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☒  Possibility of settlement

☐  Likelihood that intervening precedent will control outcome of appeal

☐  Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____
_____

☐  Any other information relevant to the inclusion of this case in the Mediation Program _____
_____
_____    ☐

Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☒ XX FEDERAL QUESTION | ☒ FINAL DECISION OF DISTRICT COURT | ☐ DEFAULT JUDGMENT | ☐ DAMAGES: SOUGHT $ per plan AWARDED $ 0 |
| ☐ DIVERSITY | ☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | ☐ DISMISSAL/JURISDICTION | |
| | | ☐ DISMISSAL/MERITS | ☐ INJUNCTIONS: |
| ☐ OTHER (SPECIFY): | | ☒ SUMMARY JUDGMENT | ☐ PRELIMINARY |
| | ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): | ☐ JUDGMENT/COURT DECISION | ☐ PERMANENT |
| | | ☐ JUDGMENT/JURY VERDICT | ☐ GRANTED |
| | | ☐ DECLARATORY JUDGMENT | ☐ DENIED |
| | | ☐ JUDGMENT AS A MATTER OF LAW | |
| | ☐ OTHER (SPECIFY): | ☐ OTHER (SPECIFY): | ☐ ATTORNEY FEES: SOUGHT $ _____ AWARDED $ _____ |
| | | | ☐ PENDING |
| | | | ☐ COSTS: $ _____ |

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_____
Signature

_____
May 5, 2006
Date

## COUNSEL WHO COMPLETED THIS FORM

NAME:  Bruce B. Weyhrauch

FIRM:  Law Office of Bruce B. Weyhrauch, LLC

ADDRESS: 114 S. Franklin Street, #200, Juneau, AK 99801

E-MAIL: whyrock@gci.net

TELEPHONE:  (907-463--5566

FAX:  907-463--5858

**✳THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL✳**
**✳IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS✳**