May 05 2006 1:21PM  US DISTRICT COURT JUNEAU  9075867780  p.2
Case 1:03-cv-00009-JWS   Document 83-4   Filed 05/05/2006   Page 1 of 10
Case 1:03-cv-00009-JWS   Document 60   Filed 06/20/2003   Page 1 of 5

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE J03-0009--CV (JWS)
            "DANIEL H. WESCOTT JR V U.S. DEPT OF INTERIOR"

      Including terminated parties, excluding terminated counsel
```

Presiding Judge:    The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
  Referral Rule:
          Filed:    06/20/03
         Closed:    NO

   Jurisdiction:    (2) U.S. Defendant
  PLF Diversity:
  DEF Diversity:

 Nature of Suit:    (890) Other Statutory Actions
                    5 USC 702
         Origin:    (1) Original Proceeding
         Demand:    760
    Filing fee:    Paid $150.00 on 06/20/03 receipt # 10096675
       Trial by:    Jury


Parties of Record:                              Counsel of Record:

PLF 1.1   WESCOTT, DANIEL H. JR.                Bruce B. Weyhrauch
                                                114 S. Franklin, Suite 200
                                                Juneau, AK 99801
                                                907-463-5566
                                                FAX 907-463-5858

PLF 2.1   FOLEY, DAN                            Bruce B. Weyhrauch
                                                (see above)

DEF 1.1   DEPT OF INTERIOR, NATIONAL PARK       Susan J. Lindquist
          SERVICE                               U.S. Attorney's Office
                                                222 W. 7th Avenue, #9
                                                Anchorage, AK 99513-7567
                                                907-271-5071

May 05 2006 1:21PM    US DISTRICT COURT JUNEAU    9075867780    p.3
Case 1:03-cv-00009-JWS    Document 83-4    Filed 05/05/2006    Page 2 of 10
Case 1:03-cv-00009-JWS    Document 60    Filed 06/20/2003    Page 2 of 5

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE J03-0009--CV (JWS)
"DANIEL H. WESCOTT JR V U.S. DEPT OF INTERIOR"

For all filing dates

```
Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
 Referral Rule:
         Filed:   06/20/03
        Closed:   NO

  Jurisdiction:   (2) U.S. Defendant
 PLF Diversity:
 DEF Diversity:

Nature of Suit:   (890) Other Statutory Actions
                  5 USC 702
        Origin:   (1) Original Proceeding
        Demand:   760
    Filing fee:   Paid $150.00 on 06/20/03 receipt # 10096675
      Trial by:   Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/20/03 | Complaint filed; Summons issued. |
| 1 - 2 | 06/20/03 | PLF 1 Jury Demand. |
| 2 - 1 | 07/11/03 | PLF 1 Return of Service Executed 6/23/03 to AK USAtty and 6/26/03 to AG Ashcroft. |
| 3 - 1 | 08/25/03 | DEF 1 Unopposed motion to extend time until 9/25/03 to answer complaint. |
| NOTE - 1 | 08/26/03 | Issued: Summons to Regional Director, Natl Park Svc |
| 4 - 1 | 08/26/03 | JWS Order granting unoppo mot to extend time until 9/25/03 to ans cmplt (3-1). cc: cnsl |
| 5 - 1 | 09/08/03 | PLF 1 Return of Service Executed on National Park Svc 9/2/03. |
| 6 - 1 | 09/25/03 | DEF 1 Answer to Complaint. |
| 7 - 1 | 09/26/03 | HRH Notice of and Order for S&P conf; parties to file rpt re: conf w/i 28 days. cc: cnsl |
| 8 - 1 | 09/30/03 | PLF 1 Unopposed motion [Joint] to consolidate J03-0010 CV (JWS) with this case. |
| 9 - 1 | 10/14/03 | JWS Order granting unoppo mot to consolidate J03-0010 CV (JWS) with this case (8-1). cc: cnsl, J03-0010 CV (JWS) |
| 10 - 1 | 10/23/03 | DEF 1 Report re: stat of lodging administrative record. |
| 11 - 1 | 10/24/03 | JWS Order that gvt to file status report by 10/31/03 re when admin record will be filed. cc: cnsl |
| 12 - 1 | 10/31/03 | DEF 1 Status Report re: administrative record. |
| 13 - 1 | 11/04/03 | JWS Order that govt to file stat rpt by 11/28/03 indicating when administrative rec will be fld. cc: cnsl |

CRS: R_VDSDX              As of 12/01/05 at 3:57 PM by GARRY                Page 1

May 05 2006 1:21PM US DISTRICT COURT JUNEAU 9075867780 p.4
Case 1:03-cv-00009-JWS   Document 83-4   Filed 05/05/2006   Page 3 of 10
Case 1:03-cv-00009-JWS   Document 60   Filed 06/20/2003   Page 3 of 5

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE J03-0009--CV (JWS)
"DANIEL H. WESCOTT JR V U.S. DEPT OF INTERIOR"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 14 - | 1 | 11/26/03 | DEF 1 Status Report re: administrative record. |
| 15 - | 1 | 12/03/03 | JWS Order that govt cnsl file stat rpt or administrative rec on 12/30/03. cc: cnsl |
| 16 - | 1 | 12/31/03 | DEF 1 Status Report re: administrative record. |
| 17 - | 1 | 01/05/04 | JWS Order that govt cnsl file stat rpt or administrative rec by 1/30/04. cc: cnsl |
| 18 - | 1 | 01/30/04 | DEF 1 Status Report re: administrative record. |
| 19 - | 1 | 02/04/04 | JWS Order that govt cnsl shall file a stat rpt or the admin record by 02/27/04. cc: cnsl |
| 20 - | 1 | 02/27/04 | DEF 1 Status Report re: administrative record. |
| 21 - | 1 | 03/01/04 | JWS Order that govt cnsl file a stat rpt or admin rec by 4/2/04. cc: cnsl |
| 22 - | 1 | 04/02/04 | DEF 1 Status Report re: administrative record. |
| 23 - | 1 | 04/06/04 | JWS Order re: admin record; govt cnsl to file stat rpt or admin record by 5/7/04. cc: cnsl |
| 24 - | 1 | 05/07/04 | DEF 1 Status Report re: administrative record. |
| 25 - | 1 | 05/12/04 | JWS Order that parties file administrative rec by 5/28/04 as well as a brfing sched. cc: cnsl |
| 26 - | 1 | 06/02/04 | PLF 2 Unopposed motion to amend complaint, notice regarding submitting an answer, status report re: administrative record w/lodged first amended complaint. |
| 26 - | 2 | 06/09/04 | JWS Order granting unoppo mot to amend cmplt; ans due 7/2/04; def to file administrative rec on 7/9/04 (26-1). cc: cnsl |
| 27 - | 1 | 06/09/04 | PLF 1 Complaint (First Amended). |
| 28 - | 1 | 07/09/04 | PLF 1-2 Unopposed motion to file revised first amended complaint w/att revised first am complaint. |
| 29 - | 1 | 07/13/04 | DEF 1 Answer to Revised 1st Amended Complaint. |
| 30 - | 1 | 07/14/04 | DEF 1 Unopposed motion for an extension of time until 7/19/04 to file administrative record. |
| 28 - | 2 | 07/15/04 | JWS Order granting unopposed motion to file revised first amended complaint (28-1). cc: cnsl |
| 31 - | 1 | 07/15/04 | PLF 1-2 Complaint (Revised First Amended). |
| 32 - | 1 | 07/15/04 | JWS Order granting unoppo mot for ext of time until 7/19/04 to file administrative rec (30-1). cc: cnsl |
| 33 - | 1 | 07/19/04 | DEF 1 Notice of Lodging Administrative Record. ( vol. 1-4 located in expando file) |

May 05 2006 1:21PM US DISTRICT COURT JUNEAU 9075867780 p.5
Case 1:03-cv-00009-JWS   Document 83-4   Filed 05/05/2006   Page 4 of 10
Case 1:03-cv-00009-JWS   Document 60   Filed 06/20/2003   Page 4 of 5

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE J03-0009--CV (JWS)
"DANIEL H. WESCOTT JR V U.S. DEPT OF INTERIOR"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 34 - | 1 | 07/30/04 | PLF 1-2 Report re: parties' proposed briefing schedule. |
| 34 - | 2 | 08/05/04 | JWS Order approving brfing sched: administrative rec suppl due 8/27/04; plf opening brf due 9/10/04; def's oppo or cross-mot due 45 days later; plf has 10 days to reply or 15 days to file reply & cross-mot. cc: cnsl |
| 35 - | 1 | 08/27/04 | DEF 1 Notice of filing of Supplemental administrative record w/att record. |
| 36 - | 1 | 09/13/04 | PLF 1-2 motion for partial summary judgment w/att memorandum. |
| 37 - | 1 | 09/13/04 | DEF 1 Certification of supplemental administrative record. |
| 38 - | 1 | 09/13/04 | DEF 1 Notice of filing certificate of the supplemental admin rec. |
| 39 - | 1 | 10/21/04 | DEF 1 Unopposed motion to reset briefing schedule. |
| 40 - | 1 | 10/22/04 | JWS Order granting unoppo mot to reset brfing schedule (39-1); plf suppl mot due 11/12/04; def oppo to suppl mot due 12/27/04; plf to file reply w/i10 days or reply/oppo w/i 15 days. cc: cnsl |
| 41 - | 1 | 11/12/04 | PLF 1-2 motion [Supplemental] for partial summary judgment w/att memo. |
| 42 - | 1 | 12/23/04 | DEF 1 Unopposed motion for an extension of time until 1/31/05 to oppose motion for summary judgment. |
| 42 - | 2 | 12/27/04 | Order granting unoppo mot for an ext of time until 1/31/05 to oppose mot for sj (42-1). cc: cnsl |
| 43 - | 1 | 01/31/05 | DEF 1 Unopposed motion for extension of time until 2/4/05 to file opposition to the motion for summary judgment. |
| 43 - | 2 | 02/01/05 | Order granting Unopposed motion for extension of time until 2/4/05 to file opposition to the motion for summary judgment (43-1). cc: cnsl |
| 44 - | 1 | 02/04/05 | DEF 1 opposition to PLF 1-2 motion for partial summary judgment (36-1), PLF 1-2 motion [Supplemental] for partial summary judgment (41-1). |
| 45 - | 1 | 02/11/05 | Stipulation and Order ext to 3/15/05 plf reply to oppo to motion for summary judgment. (36-1) |
| 46 - | 1 | 03/15/05 | Stipulation and Order ext to 4/15/05 plf reply re: motion for summary judgment. (36-1) cc: cnsl |
| 47 - | 1 | 04/14/05 | PLF 1-2 unopposed motion for extension to 5/15/05 to file reply re: motion for summary judgment. |
| 47 - | 2 | 04/26/05 | Order granting unoppo mot for ext to 5/15/05 to file reply re: mot for sj (47-1). cc: cnsl |
| 48 - | 1 | 05/13/05 | PLF 1-2 reply to opposition to PLF 1-2 motion for partial summary judgment (36-1), PLF 1-2 motion [Supplemental] for partial summary judgment. (41-1) |
| 49 - | 1 | 08/09/05 | JWS Order to show cause; DEF 1 to file papers w/i 15 days showing cause why crt shouldn't grant plfs' sj mot on grounds that DEF 1 failed to obtain SOA's concurrence on new allocation scheme; plfs may not file addtl brfing unless requested by crt. cc: cnsl |

CRS: R_VDSDX              As of 12/01/05 at 3:57 PM by GARRY                Page

May 05 2006 1:22PM US DISTRICT COURT JUNEAU 9075867780 p.6
Case 1:03-cv-00009-JWS   Document 83-4   Filed 05/05/2006   Page 5 of 10
Case 1:03-cv-00009-JWS   Document 60   Filed 06/20/2003   Page 5 of 5

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE J03-0009--CV (JWS)
"DANIEL H. WESCOTT JR V U.S. DEPT OF INTERIOR"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 50 - | 1 | 08/24/05 | DEF 1 Response to Order to show cause. |
| 50 - | 2 | 08/24/05 | DEF 1 motion to supplement the record w/declarations or an evidentiary hearing w/att exh. |
| 51 - | 1 | 08/25/05 | JWS Minute Order granting mot to supplement the record w/declas or an evid hrg (50-2); evid hrg set 9/8/05 @ 9:00 a.m. @ Juneau, AK; no addtl brfing authorized; crt to entertain brf o/a re: evidence after it has been heard. cc: cnsl |
| 52 - | 1 | 08/29/05 | DEF 1 Unopposed motion to reschedule evidentiary hearing |
| 53 - | 1 | 09/07/05 | JWS Minute Order granting unoppo mot to reset hrg (52-1); evid hrg on issue of def's co-ordination w/SOA cont to 8:30 a.m. on 11/15/05, @ Juneau. cc: cnsl, Divisional Deputy |
| 54 - | 1 | 09/20/05 | JWS Order granting (w/respect to Foley's award)/denying (w/respect to Wescott's award) mot for part sj (36-1), mot [Suppl] for part sj (41-1); also denied w/o prej w/respect to iss of NPS obtaining SOA's concurrence before adopting allocation scheme; iss to be heard @ 11/15/05 evid hrg @ Juneau; w/i 30 days after hrg any party may file mot for sj on that iss. cc: cnsl |
| 55 - | 1 | 09/27/05 | DEF 1 motion for partial reconsideration of the order at docket 54 w/att exh. |
| 56 - | 1 | 10/11/05 | JWS Order denying mot for part reconsideration of ord at dkt 54 (55-1). cc: cnsl |
| 57 - | 1 | 11/14/05 | PLF 1-2 Notice if submission of affidavit of Frank Rue w/att affidavit. |
| 58 - | 1 | 11/16/05 | JWS Minute Order setting continued evid hrg in Anchorage, AK @ 1:30 p.m. on 12/2/05 to hear testimony of F. Rue. cc: cnsl |
| 59 - | 1 | 11/16/05 | JWS Court Minutes [ECR: Susan Evans] for Evidentiary Hrg on Issue of Def's Coordination w/SOA (held 11/15/05): Court, cnsl and witnesses heard; hrg cont to first week in December; MO to issue. |
| 60 - | 1 | 11/29/05 | PLF 1 motion to allow Tom Traibush to sit at counsel table w/att affidavit. |

May 05 2006 1:22PM  US DISTRICT COURT JUNEAU  9075867780  P.7
Case 1:03-cv-00009-JWS  Document 83-4  Filed 05/05/2006  Page 6 of 10
CM/ECF District version 2.5 Live DB - Docket Report  Page 1 of 4

CLOSED

# U.S. District Court
## District of Alaska (Juneau)
### CIVIL DOCKET FOR CASE #: 1:03-cv-00009-JWS
### Internal Use Only

Wescott et al v. Department of Interior
Assigned to: John W. Sedwick
Cause: 05:702 Administrative Procedure Act

Date Filed: 06/20/2003
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

Daniel H. Wescott, Jr.

represented by **Bruce B. Weyhrauch**
Law Office of Bruce B. Weyhrauch, LLC
114 S. Franklin Street, Suite 200
Juneau, AK 99801
US
907-463-5566
Fax: 907-463-5858
Email: whyrock@gci.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Dan Foley

represented by **Bruce B. Weyhrauch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

National Park Servic Department of Interior

represented by **Susan J. Lindquist**
U.S. Attorney's Office (Anch)
Anchorage
222 West 7th Avenue, #9
Anchorage, AK 99513
US
907-271-5071
Fax: 907-271-2344
Email: susan.lindquist@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2003 | | All future filings will be in the CM/ECF System. All documents filed prior to January 3, 2006, are available for review at the Clerk's Office.(AMG, ) (Entered: 11/17/2005) |
| 06/20/2003 | 60 | Copy of ACMS docket. Click on the hyperlink to access docket entries 1-60 from prior ACMS system.(JAG) (Entered: 11/17/2005) |
| 11/29/2005 | 60 | MOTION to allow T. Traibush to sit at counsel table by Daniel H. Wescott, Jr..(PRR) (Entered: 12/11/2005) |

May 05 2006 1:22PM US DISTRICT COURT JUNEAU 9075867780 p.8
Case 1:03-cv-00009-JWS Document 83-4 Filed 05/05/2006 Page 7 of 10
CM/ECF District version 2.5 Live DB - Docket Report                Page 2 of 4

| Date | Doc # | Description |
|---|---|---|
| 12/02/2005 | 61 | Minute Entry for proceedings held before Judge John W. Sedwick : Continued Evidentiary Hearing on Issue of Defendant's Co-Ordination with the State of Alaska held on 12/2/2005; Francis J. Rue III sworn and tesfied on behalf of plf; Counsel for defendant directed to provide counsel for plaintiff with cy of the Juneau and Anchorage hearing transcripts and CD by 12/30/05; additional briefing due 1/6/2006; parties oral motion to file stip granted. (Court Recorder CME.)Plaintiff Counsel-Bruce Weyhrauch; Defense Counsel-Susan Lindquist; (CME, ) (Entered: 12/07/2005) |
| 12/06/2005 | 60 | (ACMS DKT 60-2) ORDER granting [62] Motion to allow T. Traibush to sit at counsel table . Signed by Judge John W. Sedwick on 12/5/05. (PRR) (Entered: 12/11/2005) |
| 12/13/2005 | 62 | NOTICE by Daniel H. Wescott, Jr, Dan Foley of submission of exhs A-O re [61] Evidentiary Hearing(NKD, ) (Entered: 12/14/2005) |
| 12/16/2005 | 63 | STIPULATION re briefing schedule & supplementation of the administrative record by Daniel H. Wescott, Jr, Dan Foley, National Park Servic Department of Interior.(PRR) (Entered: 12/18/2005) |
| 12/16/2005 | | ***Motions Taken Under Advisement: 63 STIPULATION re: brfing sched & supplementation of administrative record. (PRR) (Entered: 12/18/2005) |
| 12/19/2005 | 64 | NOTICE of filing transcripts (excerpts) by National Park Servic Department of Interior re [61] Evidentiary Hearings. (PRR) (Entered: 12/20/2005) |
| 12/20/2005 | 63 | (ACMS DKT 63-2) ORDER approving 63 Stipulation re: briefing schedule & supplementation of the administrative record. . Signed by Judge John W. Sedwick on 12/19/05. (PRR) (Entered: 12/20/2005) |
| 01/05/2006 | 65 | MOTION for Extension of Time to File *Simultaneous Briefs Per The Court Order at Docket 61* by National Park Servic Department of Interior. (Attachments: # 1 Text of Proposed Order)(Lindquist, Susan) (Entered: 01/05/2006) |
| 01/05/2006 | | ***Motions Taken Under Advisement: 65 MOTION for Extension of Time to File Simultaneous Briefs Per The Court Order at Docket 61 (PRR) (Entered: 01/05/2006) |
| 01/06/2006 | 66 | ORDER granting 65 Motion for Extension of Time to File Simultaneous Briefs. Signed by Judge John W. Sedwick on 1/6/06. (GMM, ) (Entered: 01/06/2006) |
| 01/06/2006 | | Set/Reset Deadlines: Motions due by 1/11/2006. (GMM, ) (Entered: 01/06/2006) |
| 01/11/2006 | 67 | Error: Wrong event selected; deadlines terminated: MOTION for Summary Judgment by Daniel H. Wescott, Jr, Dan Foley. (Attachments: # 1 Affidavit Calvin Affidavit) (Weyhrauch, Bruce) Modified on 1/12/2006 to reflect wrong event selected (PRR). (Entered: 01/11/2006) |
| 01/11/2006 | 68 | Error: Wrong event selected: ERRATA Motion PDF for Docket 67 by Daniel H. Wescott, Jr, Dan Foley 67 MOTION for Summary Judgment filed by Daniel H. Wescott, Jr., Dan Foley,. (Weyhrauch, Bruce) Modified on 1/12/2006 to reflect wrong event selected (PRR). (Entered: 01/11/2006) |
| 01/11/2006 | 69 | RESPONSE TO ORDER Docket #61 by National Park Servic Department of Interior. (Lindquist, Susan) Modified on 1/18/2006 to link response to dkt 61. (PRR). (Entered: 01/11/2006) |
| 01/12/2006 | | ***Motions terminated: 67 MOTION for Summary Judgment filed by Daniel H. Wescott, Jr., Dan Foley,. (PRR) (Entered: 01/12/2006) |
| 01/12/2006 | | DOCKET ANNOTATION: At docket 67 the incorrect event was selected. Correction: deadlines terminated. Attorney must re-file the affidavits as attachments to supplemental brief. (PRR) (Entered: 01/12/2006) |
| 01/12/2006 | | DOCKET ANNOTATION: At docket 68 the wrong event was selected. Correction: Attorney must re-file the supplemental brief using the event "response to order." (PRR) |

May 05 2006 1:23PM   US DISTRICT COURT JUNEAU   9075867780   p.9
Case 1:03-cv-00009-JWS   Document 83-4   Filed 05/05/2006   Page 8 of 10
CM/ECF District version 2.5 Live DB - Docket Report                 Page 3 of 4

| | | |
|---|---|---|
| | | (Entered: 01/12/2006) |
| 01/17/2006 | 🔵70 | RESPONSE TO ORDER (Plaintiffs' Supplemental Brief) by Daniel H. Wescott, Jr, Dan Foley. (Attachments: # 1 Affidavit of Jim Calvin)(Weyhrauch, Bruce) Modified on 1/18/2006 to link response to dkt 61. (PRR). (Entered: 01/17/2006) |
| 01/18/2006 | 🔵 | DOCKET ANNOTATION: Document not linked to dkt 61; Correction: Linked to appropriate document (dkt 61). (PRR) (Entered: 01/18/2006) |
| 01/18/2006 | 🔵 | DOCKET ANNOTATION: Document (dkt 69) not linked to dkt 61; Correction: linked to appropriate document (dkt 61). (PRR) (Entered: 01/18/2006) |
| 01/18/2006 | | ***Set CMC Pull : CMC awaiting response from chambers 3/28/06; ruling on briefing at dkt 69 & 70? See 1/18/06 e-mail to chambers. (PRR) (Entered: 01/18/2006) |
| 01/26/2006 | 🔵71 | MOTION to Strike *Two Affidavits* by National Park Servic Department of Interior. (Attachments: # 1 Proposed Order)(Lindquist, Susan) (Entered: 01/26/2006) |
| 02/02/2006 | 🔵72 | RESPONSE to Motion re 71 MOTION to Strike *Two Affidavits* filed by Daniel H. Wescott, Jr, Dan Foley. (Weyhrauch, Bruce) Modified on 2/2/2006: Error: Wrong event selected (PRR). (Entered: 02/02/2006) |
| 02/02/2006 | 🔵73 | REPLY to Response to Motion re 71 MOTION to Strike *Two Affidavits* filed by National Park Servic Department of Interior. (Lindquist, Susan) (Entered: 02/02/2006) |
| 02/02/2006 | 🔵 | Docket Annotation re 72 Response to Motion: Error: Wrong event selected; Correction: in the future select "Response in Opposition to Motion" when filing an opposition. (PRR) (Entered: 02/02/2006) |
| 02/02/2006 | | ***Motions Taken Under Advisement: 71 MOTION to Strike *Two Affidavits*. (PRR) (Entered: 02/02/2006) |
| 03/03/2006 | 🔵74 | ORDER finding as moot 71 Motion to Strike. Signed by Judge John W. Sedwick on 3/3/06. (GMM, ) (Entered: 03/03/2006) |
| 03/03/2006 | | ***Set CMC Pull : e-mailed prop ord to certify case rdy for trial to JWS; has it been signed? CMC awaiting response from chambers 3/23/2006. (PRR) (Entered: 03/03/2006) |
| 03/08/2006 | | ***Reset CMC Pull : proposed form of judg rtd to chambers 3/8/06; CMC awaiting response from chambers 3/24/2006. (PRR) (Entered: 03/08/2006) |
| 03/10/2006 | 🔵75 | JUDGMENT that def Wescott take nothing & the clm of D. Foley is remanded to Nat'l Park Service for further consideration consistent w/ord at dkt 54. Signed by Judge Ralph R. Beistline on 3/9/06. (PRR) (Entered: 03/10/2006) |
| 03/10/2006 | | ***Set CLOSED Flag. (PRR) (Entered: 03/10/2006) |
| 03/13/2006 | 🔵76 | First MOTION for Reconsideration re 74 Order on Motion to Strike by Daniel H. Wescott, Jr, Dan Foley.(Weyhrauch, Bruce) (Entered: 03/13/2006) |
| 03/13/2006 | 🔵77 | AFFIDAVIT re 76 First MOTION for Reconsideration re 74 Order on Motion to Strike by Daniel H. Wescott, Jr, Dan Foley. (Weyhrauch, Bruce) (Entered: 03/13/2006) |
| 03/13/2006 | | ***Motions Taken Under Advisement: 76 First MOTION for Reconsideration re 74 Order on Motion to Strike. (Entered: 03/14/2006) |
| 03/23/2006 | 🔵78 | ORDER denying 76 Motion for Reconsideration (GMM, ) (Entered: 03/23/2006) |
| 03/24/2006 | 🔵79 | NOTICE *of Cost Bill Hearing* by Susan J. Lindquist on behalf of National Park Servic Department of Interior (Lindquist, Susan) (Entered: 03/24/2006) |
| 03/24/2006 | 🔵80 | BILL OF COSTS by National Park Servic Department of Interior. (Lindquist, Susan) (Entered: 03/24/2006) |

May 05 2006 1:24PM  US DISTRICT COURT JUNEAU  9075867780  p.10
Case 1:03-cv-00009-JWS  Document 83-4  Filed 05/05/2006  Page 9 of 10
CM/ECF District version 2.5 Live DB - Docket Report  Page 4 of 4

| | | |
|---|---|---|
| 03/29/2006 | | ***Set CMC Pull : clerk's taxation done? CMC to check status 4/3/2006. (PRR) (Entered: 03/29/2006) |
| 03/30/2006 | 81 | CLERKS NOTICE re: Costs Taxed in amount of $ $261.47 against Daniel H. Westcott Jr. (LFP) Modified on 3/30/2006 to reflect pdf is a clerk's notice. (PRR, ). (Entered: 03/30/2006) |
| 03/31/2006 | 82 | Docket Annotation re 81 Costs Taxed: Judgment attached w/costs added and re-distributed. (PRR, ) (Entered: 03/31/2006) |

326.398 cons
pleac

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DANIEL H. WESCOTT, JR. and
DAN FOLEY,
    Plaintiffs,

v.

                              Case Number 1:03-cv-00009-JWS

NATIONAL PARK SERVICE,
DEPT. OF INTERIOR,
    Defendant.               **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT Defendant Daniel H. Wescott, Jr. take nothing and the claim of Dan Foley is remanded to the National Park Service for further consideration consistent with the order at Docket 54.
    Total costs taxed in favor of defendant and against plaintiff Daniel H. Wescott, Jr. in the amount of $261.47.

APPROVED:

**REDACTED SIGNATURE**

John W. Sedwick
United States District Judge

Date: March 9, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Ida Romack, Clerk of Court

[](JMT2.WPT*Rev.3/03)