Bruce B. Weyhrauch
Law Office of Bruce B. Weyhrauch, LLC
Of Attorneys for Plaintiffs
114 South Franklin St. Suite 200
Juneau, Alaska 99801
Phone: (907) 463-5566
Fax: (907) 463-5858
E-mail: whyrock@gci.net

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| DANIEL H. WESTCOTT, JR. AND DAN FOLEY, D/B/A ICY PASSAGE FISH ) ) ) Plaintiffs, ) ) vs. ) ) UNITED STATES DEPARTMENT OF THE ) INTERIOR, NATIONAL PARK SERVICE, ) ) Defendant. ) ) | Case No. J-03-009 CI (JWS) |

**CERTIFICATE THAT NO TRANSCRIPT WILL BE ORDERED**

Under Federal Rule of Appellate Procedure 10(b) and Ninth Circuit Rule 10.3, plaintiff certifies that no transcript of proceedings will be ordered because the transcript already exists.

DATED this 5th day of May, 2006

**LAW OFFICE OF BRUCE B. WEYHRAUCH, LLC**

By:   /s/ Bruce B. Weyhrauch

Westcott, et. al. v. United States Dep't of the Interior,   Page 1 of 2
National Park Service, J-03-009 CIV (JWS)
Certificate that no Transcript will be Ordered

>Bruce B. Weyhrauch, of Attorneys for Plaintiffs
>114 South Franklin St. Suite 200
>Juneau, Alaska 99801
>Phone: (907) 463-5566
>Fax: (907) 463-5858
>E-mail: whyrock@gci.net
>Alaska Bar Number: 8706057

### CERTIFICATE OF FILING AND SERVICE

The undersigned certifies that on May 5th, 2006, the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties, through their attorney of record below, by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

Ms. Susan Lindquist, Assistant U.S. Attorney
Federal Bldg & US Courthouse
222 West Seventh Ave. #9 Room 253
Anchorage, Alaska 99513-7567
susan.lindquist@usdoj.gov

>s/ Bruce B. Weyhrauch
>Law Office of Bruce B. Weyhrauch, LLC
>114 South Franklin St. Suite 200
>Juneau, Alaska 99801
>Phone: (907) 463-5566
>Fax: (907) 463-5858
>E-mail: whyrock@gci.net
>Alaska Bar Number: 8706057

National Park Service, J-03-009 CIV (JWS)
Certificate that no Transcript will be Ordered