Bruce B. Weyhrauch
Law Office of Bruce B. Weyhrauch, LLC
Of Attorneys for Plaintiffs
114 South Franklin St. Suite 200
Juneau, Alaska 99801
Phone: (907) 463-5566
Fax: (907) 463-5858
E-mail: whyrock@gci.net

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL H. WESTCOTT, JR. AND DAN FOLEY, D/B/A ICY PASSAGE FISH )<br>)<br>)<br>Plaintiffs,                                    )<br>)<br>vs.                                           )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, NATIONAL   PARK SERVICE, )<br>)<br>Defendant.                              )<br>_____ ) | Case No. J-03-009 CI (JWS) |

## <u>NOTICE OF APPEAL</u>

Under Federal Rule of Appellate Procedure 3, the plaintiffs give notice of their

appeal to the United States Court of Appeals for the Ninth Circuit from an order on their

motion for partial summary judgment on count I, entered in this action on March 3, 2006,

Docket 74, and from a final judgment, filed in this action March 10, 2006, Docket 75.

DATED this 5th day of May, 2006

**LAW OFFICE OF BRUCE B. WEYHRAUCH, LLC**

By:     /s/ Bruce B. Weyhrauch

Bruce B. Weyhrauch, of Attorneys for Plaintiffs
114 South Franklin St. Suite 200
Juneau, Alaska 99801
Phone: (907) 463-5566
Fax: (907) 463-5858
E-mail: whyrock@gci.net
Alaska Bar Number: 8706057

**CERTIFICATE OF FILING AND SERVICE**

The undersigned certifies that on May 5th, 2006, the foregoing, Ninth Circuit Docketing Statement,
and enclosures thereto were filed electronically.  I understand that notice of this filing will be sent to
all parties, through their attorney of record below, by operation of the court's electronic filing
system.  Parties may access this filing through the Court's system.
Ms. Susan Lindquist, Assistant U.S. Attorney
Federal Bldg & US Courthouse
222 West Seventh Ave. #9 Room 253
Anchorage, Alaska 99513-7567
susan.lindquist@usdoj.gov

s/ Bruce B. Weyhrauch
Law Office of Bruce B. Weyhrauch, LLC
114 South Franklin St. Suite 200
Juneau, Alaska 99801
Phone: (907) 463-5566
Fax: (907) 463-5858
E-mail: whyrock@gci.net
Alaska Bar Number: 8706057