Bruce B. Weyhrauch
Law Office of Bruce B. Weyhrauch, LLC
Of Attorneys for Plaintiffs
114 South Franklin St. Suite 200
Juneau, Alaska 99801
Phone: (907) 463-5566
Fax: (907) 463-5858
E-mail: whyrock@gci.net

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL H. WESTCOTT, JR. AND DAN FOLEY, D/B/A ICY PASSAGE FISH ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No. J-03-009 CI (JWS) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, ) ) ) | |
| Defendant. ) ) | |

## REPRESENTATION STATEMENT

The plaintiffs are represented by Counsel, with the address, telephone, and fax numbers as follows:

Bruce B. Weyhrauch
Law Office of Bruce B. Weyhrauch, LLC
114 South Franklin St. Suite 200
Juneau, Alaska 99801
Phone: (907) 463-5566
Fax: (907) 463-5858

DATED this 5th day of May, 2006

**LAW OFFICE OF BRUCE B. WEYHRAUCH, LLC**

By:    /s/ Bruce B. Weyhrauch

Bruce B. Weyhrauch, of Attorneys for Plaintiffs
114 South Franklin St. Suite 200
Juneau, Alaska 99801
Phone: (907) 463-5566
Fax: (907) 463-5858
E-mail: whyrock@gci.net
Alaska Bar Number: 8706057

**CERTIFICATE OF FILING AND SERVICE**

The undersigned certifies that on May 5th, 2006, the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties, through their attorney of record below, by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

Ms. Susan Lindquist, Assistant U.S. Attorney
Federal Bldg & US Courthouse
222 West Seventh Ave. #9 Room 253
Anchorage, Alaska 99513-7567
susan.lindquist@usdoj.gov

s/ Bruce B. Weyhrauch
Law Office of Bruce B. Weyhrauch, LLC
114 South Franklin St. Suite 200
Juneau, Alaska 99801
Phone: (907) 463-5566
Fax: (907) 463-5858
E-mail: whyrock@gci.net
Alaska Bar Number: 8706057