DEBORAH M. SMITH
Acting United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-3378
Fax: (907)271-2344
Susan.Lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL H. WESTCOTT, JR. AND DAN FOLEY, D/B/A ICY PASSAGE FISH  </br>  Plaintiffs, </br></br> vs. </br></br> DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, </br></br> Defendant. | Case No. 1:03-cv-9-JWS </br></br> **MOTION TO DISMISS CROSS-APPEAL** |

Pursuant to Fed. R. App. P. 42(a), the defendant Department of the Interior,

National Park Service ("NPS"), through counsel, hereby moves to dismiss its

cross-appeal to the U.S. Court of Appeals for the Ninth Circuit from the part of the

final judgment at Docket 75, entered by the Honorable District Court Judge John W. Sedwick on March 10, 2006, that remands the claim of plaintiff Dan Foley to the National Park Service for further consideration consistent with the Order at Docket 54.

RESPECTFULLY SUBMITTED on May 30, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2006
a copy of the foregoing **MOTION TO DISMISS CROSS-APPEAL** was served electronically
on Bruce B. Weyhrauch, LLC

s/ Susan J. Lindquist