**RECEIVED**
MAY 29 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FILED
MAY 18 2006
DOCKETED ____
DATE ____ INITIAL ____

**CASE INFORMATION:**
Short Case Title: <u>Wescott v. US Dept of the Interior</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>John W. Sedwick - 1:03-cv-00009 JWS</u>
Date Complaint/Indictment/Petition Filed: <u>Revised First Amended Cmplaint filed 7/15/04</u>
Date Appealed Order/Judgment *entered*: <u>3/3/06 and 3/10/06</u>
Date NOA *filed*: <u>5/8/06</u>
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)     __pending

**06-35451**

Court Reporter(s) Name and Phone Number: <u>Susan Evans - 907-586-7458, Caroline Edmiston - 907-677-6103</u>

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: <u>Yes</u>      Date Docket Fee billed: __
Date FP granted: __               Date FP denied: __
Is FP pending? __yes/no           Was FP Limited/Revoked?
US Government Appeal? <u>No</u> yes/no
Companion Cases? Please list: <u>1:03-cv-00010 JWS consolidated with 1:03-cv-00009 JWS on 10/14/03 w/all further pleadings to be filed in 1:03-cv-00009 JWS</u>

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                    Appellee Counsel:
Bruce B. Weyhrauch                    Susan J. Lindquist, AUSA
114 South Franklin St., Suite 200     U.S. Attorney's Office
Juneau, AK 99801                      222 W. 7th Ave., #9
FAX: 907-463-5858                     Anchorage, AK 99513
                                      FAX: 907-271-2344
X retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __          Address: __
Custody: __                       __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __            9th Circuit Docket Number: __

Name and phone number of person completing this form: <u>Linda Christensen - 907-677-6104</u>