DEBORAH M. SMITH
Acting United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-3378
Fax: (907)271-2344
Susan.Lindquist@usdoj.gov

Attorney for Defendant


## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL H. WESTCOTT, JR. AND DAN FOLEY, D/B/A ICY PASSAGE FISH<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE,<br><br>Defendant. | Case No. 1:03-cv-9-JWS<br><br>**NOTICE OF LODGING OF PROPOSED ORDER TO GRANT MOTION TO DISMISS CROSS-APPEAL** |

Pursuant to Fed. R. App. P. 42(a), the defendant Department of the Interior,

National Park Service ("NPS"), through counsel, hereby notifies the court that it is

lodging a proposed order to grant the motion to dismiss its cross-appeal to the U.S.

Court of Appeals for the Ninth Circuit from the part of the final judgment at

Docket 75.  The proposed order is attached as an exhibit.

RESPECTFULLY SUBMITTED on May 31, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2006
a copy of the foregoing **NOTICE OF LODGING OF
PROPOSED ORDER GRANTING
MOTION TO DISMISS
CROSS-APPEAL** was served electronically
on Bruce B. Weyhrauch, LLC

s/ Susan J. Lindquist

Westcott v Dept of the Interior
1:03-cv-9-JWS          -2-