IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL H. WESTCOTT, JR. AND DAN FOLEY, D/B/A ICY PASSAGE FISH,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE,<br><br>　　　　　Defendant. | Case No. 1:03-cv-9-JWS<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS DEFENDANT'S CROSS-APPEAL |

The government has moved the Court to grant its motion to dismiss its cross-appeal to the U.S. Court of Appeals for the Ninth Circuit from the part of the final judgment at Docket 75.

IT IS ORDERED, that the Motion to Dismiss the cross-appeal is granted.

DATED this _____ day of May, 2006, in Anchorage, Alaska.

　

_____
HONORABLE JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE