UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
MAY 3 1 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL H. WESTCOTT, JR.; DAN FOLEY,<br><br>Plaintiffs - Appellants,<br><br>V.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, National Park Service,<br><br>Defendant - Appellee. | No. 06-35451<br>D.C. Nos. CV-03-00009-J-JWS<br>CV-03-00010-JWS<br><br>**TIME SCHEDULE ORDER** |

**RECEIVED**
JUN 0 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| DANIEL H. WESTCOTT, JR.; DAN FOLEY,<br><br>Plaintiffs - Appellees,<br><br>V.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, National Park Service,<br><br>Defendant - Appellant. | No. 06-35457<br>D.C. No. CV-03-00009-JWS<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

> Appellant/petitioner shall immediately file the civil appeals docketing statement (CADS), pursuant to Circuit Rule 33-1;

5/15/06   Appellant/petitioner shall notify appellee/respondent of transcripts to be ordered, pursuant to 9th Cir. R. 10-3.1(a);

| | |
|---|---|
| 5/25/06 | Appellee/respondent shall notify appellant/petitioner of any additional transcripts needed, pursuant to 9th Cir. R. 10-3.1(b); |
| 6/5/06 | Appellant/petitioner shall file transcript order form with the district court and make payment arrangements with court reporter, pursuant to 9th Cir. R. 10-3.1; |
| 7/5/06 | Court reporter shall file transcript in the district court, pursuant to FRAP 11(b) and 9th Cir. R. 11-1.1; |
| 8/21/06 | The party(s) who filed the first appeal shall file and serve the first brief on cross-appeal pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| 9/20/06 | The party(s) who filed the second appeal shall file and serve the second brief on cross-appeal pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| 10/20/06 | The third brief on cross-appeal shall be filed and served pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| 11/6/06 | The reply brief on cross-appeal, if any, shall be filed and served within fourteen days of service of the third cross-appeal brief, pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**This order vacates all brief due dates set by previously issued time schedule orders. Due dates set previously for designations and ordering of reporter's transcripts remain in force.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Marian Foreman
Deputy Clerk