UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 29 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL H. WESTCOTT, JR.; et al., | Nos. 06-35451, 06-35457 |
| Plaintiffs - Appellants, | D.C. Nos. CV-03-00009-JWS<br>CV-03-00010-JWS |
| v. | District of Alaska, Juneau |
| UNITED STATES DEPARTMENT OF<br>THE INTERIOR, National Park Service, | ORDER |
| Defendant - Appellee. | |

RECEIVED

JUL 0 3 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The government's motion for voluntary dismissal of the cross-appeal, case No. 06-35457, is granted. Case No. 06-35457 is dismissed. Fed. R. App. P. 42(b). A certified copy of this order sent to the district court shall act as and for the mandate of this court as to case No. 06-35457 only.

Briefing for case No. 06-35451 shall proceed as follows: the appellants' opening brief is due August 21, 2006; the government's answering brief is due September 20, 2006; and the optional reply brief is due 14 days after service of the answering brief.

For the Court:
CATHY A. CATTERSON
Clerk of the Court

*Teresa A. Haugen*

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 6.26