UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
NOV 16 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

RECEIVED
NOV 21 2006
CLERK, U.S. DIST.
JUNEAU, ALASKA
DISTRICT COURT

| | |
|---|---|
| DANIEL H. WESTCOTT, JR.; et al.,<br><br>Plaintiffs - Appellants,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, National Park Service,<br><br>Defendant - Appellee. | No. 06-35451<br><br>D.C. Nos. CV-03-00009-JWS<br>CV-03-00010-JWS<br>District of Alaska,<br>Juneau<br><br>ORDER |

The court will initiate a further assessment conference by telephone on November 21, 2006, at 11:30 a.m. **PACIFIC (San Francisco) Time**.

FOR THE COURT

Roxane G. Ashe
Circuit Mediator