RECEIVED
FEB 20 2007 SE
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

FILED
FEB 16 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANIEL H. WESTCOTT, JR.; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, National Park Service,<br><br>Defendant - Appellee. | No. 06-35451<br><br>D.C. Nos. CV-03-00009-J-JWS<br>           CV-03-00010-JWS<br>District of Alaska,<br>Juneau<br><br><br>ORDER |

The court will initiate a further assessment conference by telephone on March 5, 2007, at 10:30 a.m. **PACIFIC (San Francisco) Time**.

The briefing schedule previously set by the court is vacated. A new briefing schedule will be set after the conference, if appropriate.

FOR THE COURT

*Redacted Signature*

Roxane G. Ashe
Circuit Mediator