RECEIVED
MAR 1 2 2007
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

FILED
MAR 07 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANIEL H. WESTCOTT, JR.; et al., | No. 06-35451 |
| Plaintiffs - Appellants, | D.C. Nos. CV-03-00009-J-JWS |
| v. | CV-03-00010-JWS |
| UNITED STATES DEPARTMENT OF THE INTERIOR, National Park Service, | District of Alaska, Juneau |
| Defendant - Appellee. | ORDER |

The court will initiate a further assessment conference by telephone on March 15, 2007, at 10:00 a.m. **PACIFIC (San Francisco) Time**.

FOR THE COURT

Roxane G. Ashe
Circuit Mediator