RECEIVED
MAR 2 0 2007
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

FILED
MAR 19 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANIEL H. WESTCOTT, JR.; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, National Park Service, <br><br> Defendant - Appellee. | No. 06-35451 <br><br> D.C. Nos. CV-03-00009-J-JWS <br> CV-03-00010-JWS <br> District of Alaska, <br> Juneau <br><br> ORDER |

The court will initiate a further assessment conference by telephone on April 5, 2007, at 10:00 a.m. **PACIFIC (San Francisco) Time**.

FOR THE COURT

Roxane G. Ashe
Circuit Mediator