**RECEIVED** UNITED STATES COURT OF APPEALS

APR 1 7 2007

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

FOR THE NINTH CIRCUIT

**FILED**

APR 1 2 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL H. WESTCOTT, JR.; et al., | No. 06-35451 |
| Plaintiffs - Appellants, | D.C. Nos. CV-03-00009-J-JWS |
| v. | CV-03-00010-JWS |
| UNITED STATES DEPARTMENT OF THE INTERIOR, National Park Service, | District of Alaska, Juneau |
| Defendant - Appellee. | ORDER |

The court will initiate a further assessment conference by telephone on May 29, 2007, at 10:30 a.m. **PACIFIC (San Francisco) Time**.

FOR THE COURT

*Roxane G. Ashe*
Roxane G. Ashe
Circuit Mediator