**RECEIVED**

AUG 6 2007

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 0 2 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL H. WESTCOTT, JR.; et al.,<br><br>         Plaintiffs - Appellants,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, National Park Service,<br><br>         Defendant - Appellee. | No. 06-35451<br><br>D.C. Nos. CV-03-00009-J-JWS<br>              CV-03-00010-JWS<br>District of Alaska,<br>Juneau<br><br><br>ORDER |

The court will initiate a further assessment conference by telephone on

**August 20, 2007, at 10:30 a.m. PACIFIC (San Francisco) Time.**

FOR THE COURT

*/s/ Roxane G. Ashe*
Roxane G. Ashe
Circuit Mediator