FILED
NOV 20 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
NOV 26 2007
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| DANIEL H. WESTCOTT, JR.; et al., | No. 06-35451 |
|---|---|
| Plaintiffs - Appellants, | D.C. Nos. CV-03-00009-J-JWS |
| v. | CV-03-00010-JWS |
| | District of Alaska, |
| UNITED STATES DEPARTMENT OF THE INTERIOR, National Park Service, | Juneau |
| Defendant - Appellee. | ORDER |

The motion to dismiss the appeal without prejudice is granted. The appeal is dismissed without prejudice to reinstatement in the event the appellants choose to appeal this case after final judgment is entered by the district court in No. 1:07-cv-00016-JWS.

Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 28 days of the district court decision in No. 1:07-cv-00016-JWS. If no notice of reinstatement is filed, the appeal will be deemed dismissed with prejudice.

The parties shall bear their own costs on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

*Roxane G. Ashe*
Roxane G. Ashe
Circuit Mediator
